UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

              USA,

           - against -

CHRISTOPHER SMITH,

                Defendant(s).

-------------------------------------------------------x

**RESCHEDULING
ORDER**

23 CR 652-01 (NSR)

NELSON S. ROMÁN, U.S.D.J.:

    In light of the Court's scheduling conflict, the in-person Sentencing scheduled for November 20, 2024, is hereby

    **ORDERED rescheduled, without objection by the parties, to January 17, 2025 at 12:00 noon.**

Dated:    White Plains, New York
             November 13, 2024

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/13/2024__