UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            -against-<br><br>CHRISTOPHER SMITH,<br><br>                              Defendant. | 23 CR 652-01 (NSR)<br><br>RESCHEDULING ORDER |

NELSON S. ROMÁN, U.S.D.J.:

**Due to a Court scheduling conflict, the IN-PERSON Sentencing is rescheduled from January 17, 2025 until February 6, 2025 at 2:00 pm, without objection by the parties, in Courtroom 218**.

SO ORDERED.

Dated:   January 16, 2025
         White Plains, New York

_____
NELSON S. ROMÁN
United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/2025